UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 00-CV-80590

        HON. GEORGE CARAM STEEH

JOHN SANDLES,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO REOPEN DETENTION HEARING AND GRANT PRETRIAL RELEASE

The court has renewed jurisdiction over this criminal case following the mandate issued by the Sixth Circuit Court of Appeals.  Retrial of the matter will be scheduled following the return of the defendant to the district from his place of incarceration in California.  In the meanwhile, the court is in receipt of defendant's motion to reopen detention hearing and grant pretrial release.

Defendant requested and was denied bail pending his first bank robbery trial in this matter.  The court finds no reason to grant release pending the second trial, especially in light of the fact that the defendant's conviction was overturned only because of evidentiary issues concerning the FDIC insured status of the bank, a requirement for federal jurisdiction.  Therefore, for all the reasons the court denied similar requests prior to the first trial, and because the trial of the matter and jury

findings confirmed the weight of the evidence against this defendant, his request is hereby DENIED.

    IT IS SO ORDERED.


Dated: April 23, 2007

                              S/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 23, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---