UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOHN SANDLES,

          Defendant.

Case No. 00-CR-80590

HON. GEORGE CARAM STEEH

_____/


## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO PROCEED *PRO SE* (DOC # 314)

The court held a hearing on August 21, 2007 on defendant's motion to proceed *pro se*. Pursuant to the court's discussion with defendant, held on the record, defendant's motion has been withdrawn and is hereby DENIED AS MOOT.

Additionally, counsel for defendant advised the court that further proceedings in this matter should be stayed pending a decision on defendant's petition for a writ of certiorari with the U.S. Supreme Court. Although this court did not receive formal notice of the petition, all counsel agree that the application was filed and should stay further

proceedings here. Therefore the matter is stayed before this court pending action by the U.S. Supreme Court.

IT IS SO ORDERED.

Dated: August 22, 2007

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 22, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk